UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROGER FRANKLIN, as Personal
Representative of the Estate of
Joyce Franklin, deceased

    Plaintiffs,

v.

                          Case No.

MANATEE COUNTY RURAL
HEALTH SERVICES, INC. d/b/a
NORTH MANATEE HEALTHCARE
CENTER, a Florida non-for-
Profit Corporation, AVANI K.
SHAH, M.D., U.S. DEPARTMENT
OF HEALTH AND HUMAN SERVICES and
UNITED STATES OF AMERICA,

    Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, ROGER FRANKLIN, as Personal Representative of the Estate of Joyce Franklin, deceased, by and through the undersigned attorney, and sues the Defendants, MANATEE COUNTY RURAL HEALTH SERVICES, INC. d/b/a NORTH MANATEE HEALTHCARE CENTER, a Florida not-for-profit corporation, AVANI K. SHAH, M.D., U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES and UNITED STATES OF AMERICA, and alleges as follows:

### COMMON ALLEGATIONS

1. This is an action for damages, which exceeds SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

2. At all times relevant hereto, the Plaintiff, ROGER FRANKLIN, and his wife,

Joyce Franklin, deceased, were residents of Manatee County, Florida.

3. At all times relevant hereto, the Defendant, MANATEE COUNTY RURAL HEALTH SERVICES, INC. d/b/a NORTH MANATEE HEALTHCARE CENTER (hereinafter referred to as "NORTH MANATEE HEALTHCARE CENTER", was a Florida not-for-profit corporation, organized under the laws of the State of Florida, and conducting business in Manatee County, Florida.

4. At all times relevant hereto, the Defendant, AVANI K. SHAH, M.D., was a medical doctor licensed by the State of Florida, and providing medical services in Manatee County, Florida.

5. All actions or occurrences relevant to this lawsuit occurred in Manatee County, Florida.

6. On April 4, 2017, Plaintiff sent its completed Standard Form 95 to: Health Resources & Services Administration; Tom Price, Secretary, HHS; U.S. Department of Health & Human Services; and Federal Office of Rural Health Policy, Health Resources and Services Administration. A copy of the overnight postage is attached hereto as Exhibit A.

7. Furthermore, on April 7, 2017 Plaintiff sent a Notice of Intent to Initiate Litigation for Medical Malpractice to: Manatee County Rural Health Services, Inc.; Avani K. Shah, M.D.; North Manatee Family Healthcare Center; and Marcella Hernandez, CNA. A copy of the overnight postage is attached hereto as Exhibit B.

8. Plaintiff has complied with 28 U.S.C. § 2675 and is currently awaiting the resolution of the Administrative Tort Claim of Roger Franklin as Personal Representative of the Estate of Joyce Franklin (Deceased) – Claim No. 2017-0301, Department of Health & Human Services, Office of General Counsel, General Law Division Claims Office, 330 C. Street, SW, Switzer Building – Suite 2600 Washington, DC 20201.

9. A sum certain was included by Plaintiff in the damages sought. See Atkins v. US., 896 F.2d 1324 (11th Cir. 1990).

10. The administrative claim in this action was filed prior to Plaintiff filing a previous state court suit on January 18, 2017, and having the case removed to Federal Court jurisdiction. See McNeil v. U.S., 508 U.S. 106 (1993).

11. The Department of Health and Human Services denied Plaintiff's administrative claim on September 20, 2017, exhausting all administrative remedies.

## COUNT I
## NORTH MANATEE HEALTHCARE CENTER - NEGLIGENCE

12. The Plaintiff, ROGER FRANKLIN, reincorporates and realleges all of the allegations set forth above.

13. On or about 9:00 AM on February 24, 2015, Joyce Franklin, aged sixty-nine, was a guest and invited patron at the medical facility owned and operated by the Defendant, NORTH MANATEE HEALTHCARE CENTER, located at 5600 Bayshore Road, Palmetto, FL 34221, for the purposes of obtaining medical treatment from the Defendant, AVANI K. SHAH, M.D.

14. Upon her arrival at the premises owned and operated by the Defendant, NORTH MANATEE HEALTHCARE CENTER, Joyce Franklin was taken to a room within the premises for the purposes of being weighed prior to being examined by the Defendant, AVANI K. SHAH, M.D.

15. In order to be weighed, Joyce Franklin was asked to stand on a scale. This scale had no handrails or other means available to assist her as she stood, and no agent and/or employee of the Defendant, NORTH MANATEE HEALTHCARE CENTER, offered to assist Mrs. Franklin with this procedure.

16. Unfortunately, while standing on the scale, Joyce Franklin, who was legally blind,

lost her balance when the scale suddenly began to tip. Without a handrail or other means to prevent her fall, and without a nearby agent and/or employee of the Defendant, NORTH MANATEE HEALTHCARE CENTER, to assist her, Joyce Franklin fell to the floor and broke her hip.

17. This accident, caused by a hidden and dangerous condition, was permitted to exist through the failure of the agents and/or employees of the Defendant, NORTH MANATEE HEALTHCARE CENTER, to properly inspect, monitor, and maintain the scale in order to ensure the safety of those invitees, such as Joyce Franklin, who are asked to stand on it in order to be weighed.

18. Neither the Defendant, NORTH MANATEE HEALTHCARE CENTER, nor any of its agents and/or employees, took any action to warn Joyce Franklin about any foreseeable risks associated with standing on this unstable scale.

19. The Defendant, NORTH MANATEE HEALTHCARE CENTER, by and through its agents and/or employees, knew or should have known that this scale presented a dangerous condition for an invitee such as Joyce Franklin, and that it was necessary to either exercise due care and diligence by its agents and/or employees in order to make the scale safe for invitees such as Joyce Franklin, and/or necessary to adequate warn invitees such as Joyce Franklin about any possible risks presented by the unsafe scale, in order to prevent injury to invitees such as Joyce Franklin.

20. The Defendant, NORTH MANATEE HEALTHCARE CENTER, by and through its agents and/or employees, had a duty to ascertain and warn of dangerous, non-obvious conditions, which would be readily discoverable through reasonable inspection, and could foreseeably lead to injuries.

21. The Defendant, NORTH MANATEE HEALTHCARE CENTER, by and through

its agents and/or employees, failed to safely maintain, warn patrons, and/or inspect its premises, and/or adequately train and monitor its employees and/or agents, which resulted in in the injuries sustained by Joyce Franklin.

22. As a result of the negligence the Defendant, NORTH MANATEE HEALTHCARE CENTER, Joyce Franklin suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a pre-existing condition.

**WHEREFORE**, the Plaintiff, ROGER FRANKLIN, hereby demands judgment, damages, and associated costs against Defendant, NORTH MANATEE HEALTHCARE CENTER, and respectfully requests a trial by jury.

## COUNT II
## DEFENDANT, AVANI K. SHAH, M.D.—NEGLIGENCE

23. The Plaintiff, ROGER FRANKLIN, reincorporates and realleges all of the allegations set forth above.

24. On or about 9:00 AM on February 24, 2015, Joyce Franklin, aged sixty-nine, was a guest and invited patron at the medical practice of the Defendant, AVANI K. SHAH, M.D., located at 5600 Bayshore Road, Palmetto, FL 34221, for the purposes of obtaining medical treatment from the Defendant.

25. Upon her arrival at the medical practice of the Defendant, AVANI K. SHAH, M.D., Joyce Franklin was taken to a room within the premises for the purposes of being weighed prior to being examined by the Defendant.

26. In order to be weighed, Joyce Franklin was asked to stand on a scale. This scale had no handrails or other means available to assist her as she stood, and no agent and/or

employee of the medical practice of the Defendant, AVANI K. SHAH, M.D., offered to assist Mrs. Franklin with this procedure.

27. Unfortunately, while standing on the scale, Joyce Franklin, who was legally blind, lost her balance when the scale suddenly began to tip. Without a handrail or other means to prevent her fall, and without a nearby agent and/or employee of the medical practice of the Defendant, AVANI K. SHAH, M.D., to assist her, Joyce Franklin fell to the floor and broke her hip.

28. This accident, caused by a hidden and dangerous condition, was permitted to exist through the failure of the agents and/or employees of the medical practice of the Defendant, AVANI K. SHAH, M.D., to properly inspect, monitor, and maintain the scale in order to ensure the safety of those invitees, such as Joyce Franklin, who are asked to stand on it in order to be weighed.

29. Neither the Defendant, AVANI K. SHAH, M.D., nor any of his agents and/or employees, took any action to warn Joyce Franklin about any foreseeable risks associated with standing on this unstable scale.

30. The Defendant, AVANI K. SHAH, M.D., by and through his agents and/or employees, knew or should have known that this scale presented a dangerous condition for an invitee such as Joyce Franklin, and that it was necessary to either exercise due care and diligence by his agents and/or employees in order to make the scale safe for invitees such as Joyce Franklin, and/or necessary to adequate warn invitees such as Joyce Franklin about any possible risks presented by the unsafe scale, in order to prevent injury to invitees such as Joyce Franklin.

31. The Defendant, AVANI K. SHAH, M.D., by and through his agents and/or employees, had a duty to ascertain and warn of dangerous, non-obvious conditions, which would be readily discoverable through reasonable inspection, and could foreseeably lead to injuries.

32. The Defendant, AVANI K. SHAH, M.D., by and through his agents and/or employees, failed to safely maintain, warn patrons, and/or inspect its premises, and/or adequately train and monitor his employees and/or agents to do so, which resulted in in the injuries sustained by Joyce Franklin.

33. As a result of the negligence the Defendant, AVANI K. SHAH, M.D., Joyce Franklin suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a pre-existing condition.

**WHEREFORE**, the Plaintiff, ROGER FRANKLIN, hereby demands judgment, damages, and associated costs against Defendant, NORTH MANATEE HEALTHCARE CENTER, and respectfully requests a trial by jury.

DATED this 16th day of November 2017.

Kevin Sparkman, Esq.
Florida Bar No. 721743
Chris M. Limberopoulos, Esq.
Florida Bar No. 341126
THE FLORIDA LAW GROUP
17413 Bridge Hill Court
Tampa, FL 33647
Phone: (813) 463-8880
Fax: (813) 283-2943
attorney@floridalawgroup.org
service@floridalawgroup.org
Attorneys for Plaintiffs