UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROGER FRANKLIN, as personal
Representative of the Estate of
Joyce Franklin, deceased

      Plaintiff,

                                      Case No. 8:17-cv-2789-T-36JSS

v.

UNITED STATES OF AMERICA,

      Defendant.
_____/

**NOTICE OF SETTLEMENT PURSUANT TO LOCAL RULE 3.08**

COMES NOW Defendant, United States of America, by and through the undersigned Assistant United States Attorney, and hereby gives notice to this Honorable Court that the above-styled case has been settled. It is respectfully suggested that the case be dismissed with prejudice and that the court file be closed administratively, subject to the rights of the parties, pursuant to Local Rule 3.08(b), to file a motion within sixty (60) days for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

Respectfully submitted, this 4th day of March 2020.

        MARIA CHAPA LOPEZ
        United States Attorney

By:   */s/ Michael R. Kenneth*
      MICHAEL R. KENNETH
      Assistant United States Attorney
      Florida Bar No. 44341
      400 North Tampa St., Suite 3200
      Tampa, Florida 33602
      Telephone:   813-274-6000
      Facsimile:   813-274-6198
      E-Mail:   michael.kenneth@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      */s/ Michael R. Kenneth*
      Michael R. Kenneth
      Assistant United States Attorney

2